

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, February 25, 2015

DAVID R. DOW
UNIVERSITY OF HOUSTON LAW CENTER
100 LAW CENTER
Houston, TX 77204
* DELIVERED VIA E-MAIL *

**Re:** PAREDES, MIGUEL ANGEL
**CCA No.** WR-61,939-02                                    **COA No.**
**Trial Court Case No.** 2000CR6067B-W2

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:   Jeffrey Newberry (DELIVERED VIA E-MAIL)
Criminal Court Administrator Bexar County (DELIVERED VIA E-MAIL)
District Clerk Bexar County (DELIVERED VIA E-MAIL)
District Attorney Bexar County (DELIVERED VIA E-MAIL)
Edward L. Marshall (DELIVERED VIA E-MAIL)
Joni White (DELIVERED VIA E-MAIL)